trial. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event.

CREVOIRSERAT, Appellant, v. BERGEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Mary Crevoirserat against Cornelius R. Bergen and others. No opinion. Judgment affirmed, with costs.

CRONYN, Appellant, v. STURGES, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Christine N. Cronyn against Frank D. Sturges.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and BURR, JJ., dissent.

CROSS, Respondent, v. BEDROSIAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Sarah R. Cross against Christian D. Bedrosian. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

In re CURTISS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) In the matter of Julia M. Curtiss. No opinion. Motion denied, either party to have leave to refer on the appeal to the printed papers in the former proceeding now on file with this court. Settle order on notice. See, also, 137 App. Div. 584, 122 N. Y. Supp. 468, and infra.

In re CURTISS. (Supreme Court, Appellate Division, First Department. November 11, 1910.) In the matter of Julia M. Curtiss, petitioner. No opinion. Order affirmed with $10 costs and disbursements. Order filed. See, also, supra.

CUSHING, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by James H. Cushing against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissenting.

DAHL, Respondent, v. SANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Peter Dahl against Leo Sander and another, impleaded with others. No opinion. Motion to dismiss appeal granted, with costs.

In re DAUPHIN. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of the application of Theodore Dauphin for admission to the bar. No opinion. Application granted.

DAWSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Annie Dawson, formerly Annie Samuelson, against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the County Court of Kings county affirmed, with costs.

BURR and CARR, JJ., dissent.

DENNIS, Respondent, v. F. D. DOOLITTLE, Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by William E. Dennis against F. D. Doolittle, Incorporated, and another. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 138 App. Div. 920, 123 N. Y. Supp. 1114.

DE ROSA, Respondent, v. FURMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Natate de Rosa against Jacob Furman and others. T. H. Lord, for appellants. L. Dashew, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DERRICKSON. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of Samuel G. Derrickson, an attorney. No opinion. Motion granted, and respondent suspended from the practice of law for a period of one year from the date thereof.

DESMOND v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by John Desmond against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion denied without costs. See, also, 123 N. Y. Supp. 1114.

CARR, J., not voting.

DI DOMENICO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Amelia Di Domenico, as administratrix, etc., of Salvatore Di Domenico, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, on the ground that the plaintiff did not show any such established crossing as made it the duty of the defendant to give warning of the approach of trains, and also that there is no proof that the injury was caused by the failure of the defendant to give signal of the ap-